RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Roger G. Coleman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER G. COLEMAN,<br><br>Defendant. | Case No. 2:16-cr-00360-JAD-NJK<br>**UNOPPOSED MOTION TO VACATE THE SEPTEMBER 25, 2017 STATUS CONFERENCE AND TO DIMISS THE VIOLATION OF SUPERVISED RELEASE PETITION FILED ON MAY 26, 2017 (ECF. NO.9)** |

COMES NOW, the defendant ROGER G. COLEMAN, by and through his counsel Monique Kirtley, Assistant Federal Public Defender, who submits this unopposed motion to vacate the September 25, 2017 status hearing and dismiss the pending revocation of supervised release petition filed on May 26, 2017 (ECF No. 9). A proposed order is attached. This motion is based on all prior proceedings had herein and the attached memorandum of points and authorities.

DATED this 22nd day of September, 2017.

                                                                     RENE L. VALLADARES
                                                                     Federal Public Defender

                                                                     By _/s/ Monique Kirtley_
                                                                     MONIQUE KIRTLEY
                                                                     Assistant Federal Public Defender

# MEMORANDUM

On June 20, 2017, Mr. Coleman appeared, before this Court, on a Petition to Revoke Supervised Release. At the revocation hearing the parties recommended that Mr. Coleman's revocation petition be held in abeyance for 90 days. The parties also recommended that the Court modify Mr. Coleman's supervised release conditions to include 40 hours of community service, within 90 days and an employment restriction (Mr. Coleman was precluded from being employed in a position of fiduciary responsibility, employment in the financial or securities industry, or in other occupations involving management or use of money without the approval of the probation officer). The Court followed the recommendation of the parties and scheduled a status conference for September 25, 2017. The Court further ordered that the parties could file a motion to dismiss the revocation petition and vacate the status conference if Mr. Coleman was in full compliance with his terms and conditions of supervision.

Since his last court hearing on June 20, 2017, Mr. Coleman has been in full compliance with his terms and conditions of supervision. Mr. Coleman's United States Probation Officer, Elizabeth Olson, has confirmed with undersigned counsel that Mr. Coleman is in full compliance.

Mr. Coleman respectfully requests that this Court vacate his status conference currently scheduled for September 25, 2017. Mr. Coleman further requests that this Court dismiss his supervised release petition filed on May 26, 2017 (ECF No. 9). Assistant United States Attorney Jared Grimmer and Probation Officer Elizabeth Olson are in agreement with vacating Mr. Coleman's status conference and dismissing the revocation of supervised release petition filed on May 26, 2017 (ECF No. 9).

Mr. Coleman respectfully requests that this Court sign the attached proposed order to vacate his September 25, 2017 status conference and dismiss the violation of supervised release petition filed on May 26, 2017 (ECF No. 9).

DATED this 22nd day of September, 2017.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                                      By  */s/ Monique Kirtley*
                                      MONIQUE KIRTLEY
                                      Assistant Federal Public Defender

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00360-JAD-NJK |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| ROGER G. COLEMAN, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the status conference regarding the defendant's supervised release status currently scheduled on September 25, 2017 at 9:00 a.m. is vacated.

IT IS FURTHER ORDERED that violation of supervised release petition filed on May 26, 2017 (ECF No. 9) is dismissed.

DATED this 25th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 22, 2017, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO VACATE THE SEPTEMBER 25, 2017 STATUS CONFERENCE AND TO DIMISS THE VIOLATION OF SUPERVISED RELEASE PETITION FILED ON MAY 26, 2017 (ECF. NO.9)** by electronic service (ECF) to the person(s) named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>JARED GRIMMER
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Nancy Vasquez*
>Employee of the Federal Public Defender